UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
  Plaintiff,

v.

PHILIP WAMBUGU,
  Defendant.

CV25-01033-PHX-MTL--MTM

Case No.: CMCM2018000487

MOTION TO SEAL AND EXPUNGE RECORD FROM FEDERAL DATABASES

The existence of a federal record indicating an arrest—where none in fact occurred—constitutes a clear due process violation.
There is a significant inconsistency between the alleged facts and the official findings, including the inaccurate quantity and type of substances initially reported.
In United States v. Rowlands, 451 F.3d 173 (3d Cir. 2006), the court recognized the impact of expunged state convictions on federal records and the injustice in retaining inaccurate federal data.
Continued publication of inaccurate and expunged information serves no valid law enforcement purpose and causes severe collateral consequences to the Defendant, including immigration hardship, reputational harm, and employment difficulties.
Given that Arizona has officially expunged this matter, it is improper and prejudicial for federal records to contradict that finding.

III. RELIEF REQUESTED

An order directing the sealing and/or expungement of any federal records related to Case No. CMCM2018000487;
An order instructing all relevant federal agencies, including the FBI and Department of Justice, to update or remove the record;
A finding that the continued existence of the federal record constitutes a due process violation;
Any other relief this Court deems just and proper to prevent further harm to the Defendant.

Dated: March 27, 2025
Respectfully submitted,
Philip Wambugu
45 Media Line Rd, Apt B4
Broomall, PA 19008
Email: philldablew@gmail.com
Phone: (610) 733-8633
Pro Se Defendant

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCivP 5.4
(Rule Number/Section)

# BILL OF LADING

**BOL Number:** 32631909

## SHIP FROM
- Name: Bird Co
- Address 1: 775 W Manville St
- Address 2:
- Address 3:
- City/State/Zip: COMPTON, CA, 90220
- Linda    P: 2017289092 Ext.102    F:
- Stop Notes:

**Carrier:** VECTORS LOGISTIC INC
**Pro #:**

## BAR CODE SPACE

Pick up date: 7/24/2018   25
Trailer #:
Seal #: 20299161

## SHIP TO
- Name: Public Storage c/o Bird Co
- Address 1: 2320 N Central Expy
- Address 2:
- Address 3:
- City/State/Zip: DALLAS, TX, 75204
- Anthony    P: 3128810203 Ext.    F:
- Stop Notes:

## REFERENCE INFORMATION

Anthony Thompson 7/27/18

## THIRD PARTY FREIGHT CHARGES BILL TO

Echo Global Logistics
600 W. Chicago, Suite 725
Chicago, IL 60654 UNITED STATES

**Freight Charge Terms:**
Prepaid [x]   Collect [ ]   3rd Party [x]   Quote ID:
Carrier Acct #:

## Special Instructions:
26 FT STRAIGHT TRUCK
STRICT DELIVERY APPT - NO CHANGES WILL BE AUTHORIZED

Target Delivery Time: Friday 7/27 - 10 AM
POC: Anthony (312) 881-0203

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**LTL or Partial Only:**
# of Pallets: 0   Pallet Type:   Skid Spots:   Stackable: No
Pallet Dimensions:   L:   W:   H:

**Shipper Instructions**
Pickup #:
Loc Type:
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:
Special Services:

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 200 | Floor | 200 | Pieces | 2800 | | | loose loaded scooters | - | |
| 200 | | 200 | | 2800 | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Shipper: _____ Date: 7/25/18
KANIKA FUMERS

**Trailer Loaded:**
[x] By Shipper
[ ] By Driver

**Freight Counted:**
[x] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Carrier: _____ Date: 7.25.18

Scanned with CamScanner

# Certificate of Completion

This certifies that the person named below has completed a
4 Hour Marijuana Education Class

## COURSE FOR MARIJUANA
### MARIJUANA EDUCATION CLASS

Philip G. Wambugu

199 McCormick Blvd, Newark, DE 19702

Date of Birth: 03/16/1982

Date of Course Completion: 08/14/2019

Certificate Number: 276456

CM20180004874



Accepted
Cross out
OASIS.
05/15/19

Mr. Robert A. Williams, Course Instructor
(407) 906-6254 | certificate@courseformarijuana.com

FILED
JUSTICE COURT
PRECINCT 1/VC
2020 AUG 10 PM 2:47

_____
DEPUTY

## Official Receipt

Receipt Date : 8/15/2019

Casa Grande Justice Court
820 E Cottonwood Ln Bldg B
Casa Grande AZ  85122

**Receipt # :** P00040279

**Receipt of :** PHILLIP W UNIS

**Address :**

**Cashier :** 1000608

**Register:** 008

**Remarks :**

**Payment Source :** ONLINE PAYMENT

**Account of :** PHILIP GATHURI WAMBUGU

| COST | RECEIVABLE DESCRIPTION | AMOUNT |
|---|---|---|
| **Party Name :** WAMBUGU, PHILIP GATHURI | | |
| **Case Number :** J1102CM2018000487 | STATE OF ARIZONA  vs PHILIP GATHURI WAMBUGU | |
| **Charge Number:** 13-3405A1 (M1) | | |
| DRGGNGMM | Drug/Gang Enforcement - Mandatory Minimum | $750.00 |
| **Charge Number:** | | |
| JCEFTPF | JCEF TIME PAYMENT FEE | $20.00 |
| | | **Sub Total : $ 770.00** |
| | | **Total : $770.00** |
| | | **Grand Total : $770.00** |

| Tender Type | Tender SubType | Check #/CC Auth # | Tender Amount |
|---|---|---|---|
| CREDIT CARD | VISA | 62732683 | $770.00 |

Total Paid : $770.00

Amount Paid : $770.00

Over Payment : $0.00

Change Due : $0.00

**Balance After Payment:**

| Case Number | Balance |
|---|---|
| J1102CM2018000487 | $ 0.00 |

Total Balance: $0.00

**Print Date :**  8/15/2019 9:03:21 AM

# D.R.S.
## MEDICAL REVIEW SERVICE

E-Mail: mro@drsmro.com
Phone: (800) 526-9341
Fax:    (800) 547-2966

## NEGATIVE RESULT

| Company Information |
|---|
| GREENLAND EXPRESS, LLC |
| EXPRESS LABS |
| 1003 SACRAMENTO STREET |
| PORTLAND, TX 78374 |
| Phone:         (972) 992-8989 |
| Protocol:      greenlandexpress@yahoo.c |
| LAB:           QUEST (KS KS) |
| Account Number:   10608657 |

### TEST(S)
65304N  DOT Drug Screen

| Result | Test | Screen Cutoff | Confirm Cutoff |
|---|---|---|---|
| Negative | 6-ACETYLMORPHINE | 10 | 10 |
| Negative | AMPHETAMINES | 500 | 250 |
| Negative | COCAINE METABOLITES | 150 | 100 |
| Negative | MARIJUANA METABOLITES | 50 | 15 |
| Negative | MDA-ANALOGUES | 500 | 250 |
| Negative | OPIATES | 2000 | 2000 |
| Negative | OPIATES (SEMI-SYNTHETIC) | 300 | 100 |
| Negative | OXYCODONES | 100 | 100 |
| Negative | PHENCYCLIDINE | 25 | 25 |

| Donor Information |
|---|
| Name:        WANBUGU, PHILIP G |
| SSN:         XXX-XX-5493 |
| Spec. #:     QD05862853 |
| Accession #: 266583W |
| Alt ID: |

| Test Information |
|---|
| Test Reason:          RANDOM |
| Mode:                 FMCSA |
| Date of Collection:   8/21/18 |
| Recv'd CCF:           8/21/18 |
| MRO Verified/Sent:    8/22/18 |
| Print Date:           8/22/18 |
| Spec Type:            Urine |
| Clin Info: |

| Collection Site Information |
|---|
| 3618845375 |
| ISABEL RODRIGUEZ |
| TR |

SPECIMEN VALIDITY TESTING PERFORMED ACCORDING;TO APPLICABLE FEDERAL GUIDELINES.

*Dana Carasig, MD-MRO*

546 Franklin Ave. Massapequa, NY 11758
(800) 526-9341

This controlled substance test result has been received by a certified Medical Review Officer and is hereby released to the above named employer in accordance with CFR 49 part 40. Please retain this document in a confidential manner.

**CONFIDENTIALITY AND UNAUTHORIZED USE STATEMENT**
This document and any files transmitted with it are confidential and intended solely for the assigned designated employer representative and/or drug program administrator to whom this is addressed. If you are not the named addressee you should not disseminate, distribute or copy this report. Any use or dissemination of this report, or the data contained within, outside of its intended purpose by anyone is strictly prohibited. Any modification of this report by anyone is strictly prohibited. Any issues arising from the unauthorized use, distribution or modification of this report will become the sole responsibility and liability of the entity responsible for these unauthorized actions. If you have received this electronic message in error, please notify us immediately by telephone at (800) 526-9341.